NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RADIUS HEALTH, INC., IPSEN PHARMA S.A.S.,**

*Plaintiffs-Appellants*

**v.**

**ORBICULAR PHARMACEUTICAL TECHNOLOGIES PRIVATE LTD.,**

*Defendant-Appellee*

---

2025-2108

---

Appeal from the United States District Court for the District of Massachusetts in No. 1:22-cv-11546-RGS, Judge Richard G. Stearns.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2       RADIUS HEALTH, INC. V. ORBICULAR PHARMACEUTICAL
                         TECHNOLOGIES PRIVATE LTD

(2) Each side shall bear their own costs.


FOR THE COURT

November 24, 2025
        Date

Jarrett B. Perlow
Clerk of Court


**ISSUED AS A MANDATE:** November 24, 2025